IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SUSAN HANKS,

    Plaintiff,

  v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

No. C 12-3170 RS

**ORDER RE MOTION TO DISMISS**

    Defendant Bank of America moved to dismiss portions of the complaint herein. In lieu of opposing the motion, plaintiff exercised her one-time right to amend the complaint without leave of Court. Without opining as to whether or not the amended complaint addresses all of the purported defects identified in defendant's motion, it is revised to a degree that it would not be practicable to deem the existing motion as applying to it. Accordingly, the motion is denied, without prejudice to defendant's right to reassert any arguments contained therein to the extent they may be equally applicable to the amended complaint. The hearing set for July 26, 2012 is vacated.

IT IS SO ORDERED.

Dated: 7/9/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE